# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:06cr458/RV

DAVID ESQUIVEL, ALEJANDRO
MILLAN, DAVID ARTHURO RAMIREZ
and ROLANDO GARCIA

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   January 22, 2007

Motion/Pleadings:   MOTION to sever the above defendants for jury trial

Filed by   United States      on  1/09/2007      Doc.#   37

RESPONSES:

  None       on        Doc.#

         on        Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)   Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this*  **23rd**  *day of*  **January**  *, 2007, that:*

*(a) The relief requested is GRANTED.*

*(b)*

/s/ *Roger Vinson*

*ROGER VINSON*
*Senior United States District Judge*